FILED & ENTERED

MAY 11 2026

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte        DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – Santa Ana Division

| | |
|---|---|
| In re<br><br>ANDREW STUPIN,<br>JULIE STUPIN,<br><br>     Debtors. | Case No.  8:26-bk-11202-SC<br><br>Chapter  7<br><br>Adversary No.  8:26-ap-01060-SC |
| ZIONS BANCORPORATION, N, A.<br>dba CALIFORNIA BANK & TRUST, a<br>National Association,<br><br>     Plaintiff,<br>v.<br><br>ANDREW STUPIN, an individual,<br>ANDREW STUPIN AND JULIE K.<br>STUPIN, as trustees of The Stupin Family<br>Trust dated April 3, 2009; GERALD J.<br>MARCIL, an individual; GERALD J.<br>MARCIL AND CAROL J. MARCIL, as<br>trustees of The Marcil Family Trust dated<br>May 9, 1997; DEBYA SHYAM, an<br>individual and DOES 1 – 10,<br><br>     Defendants. | **ORDER SETTING STATUS CONFERENCE IN REMOVED ACTION PURSUANT TO LOCAL BANKRUPTCY RULE 9027-1**<br><br>**Status Conference:**<br>Date:  July 15, 2025<br>Time:  11:00 a.m.<br>Courtroom 5C<br>411 W. Fourth Street<br>Santa Ana, CA 92701 |

TO: ALL PARTIES IN REMOVED ACTION, ANY TRUSTEE APPOINTED IN THE BANKRUPTCY CASE, AND THE U.S. TRUSTEE: A Notice of Removal of Action (Removal Notice) was filed under 28 U.S.C. §1452(a), FRBP 9027 and LBR 9027-1(a). A

1

copy of the Removal Notice accompanies this Notice of Status Conference (Status Conference Notice).

Removing Party:  Andrew Stupin and Julie Stupin, Debtors and Debtors-in Possession

Date of Filing of Removal Notice:  May 7, 2026

Court/division from which action is removed:  Superior Court of California, County of Los Angeles

Case No. of Removed Action:  25STCV30165

1) **Status Conference** – A status conference on the Removal Notice has been set for:

| | |
|---|---|
| **Hearing date:** 7/15/2026 | **Place:** |
| **Time:** 11:00 a.m. | ☐ **255 East Temple Street, Los Angeles, CA 90012** |
| **Courtroom:** 5C | ☐ **21041 Burbank Boulevard, Woodland Hills, CA 91367** |
| | ☐ **3420 Twelfth Street, Riverside, CA 92501** |
| | ☒ **411 West Fourth Street, Santa Ana, CA 92701** |
| | ☐ **1415 State Street, Santa Barbara, CA 93101** |

2) **Service of Status Conference Notice** – Pursuant to LBR 9027-1(b)(3), no later than 14 days after the Status Conference Notice is issued and filed, the party who filed the Removal Notice must serve the Status Conference Notice on all parties to the removed action, any trustee appointed in the bankruptcy case, the United States trustee, and a judge's copy as provided in the Court Manual.

3) **Preserving Right to Jury Trial** – Pursuant to LBR 9027-1(e), no later than 14 days after service of the Removal Notice (plus an additional 3 days if you were served by mail, electronically or pursuant to F.R. Civ. P. 5(b)(2D),(E) or (F)), a party to the removed action must comply with LBR 9015-2 to preserve any right to trial by jury.

4) **FRBP 9027(e)(3) Statement** – Pursuant to FRBP 9027(e)(3), no later than 14 days after the filing of the Removal Notice (plus an additional 3 days if you were served by mail, electronically or pursuant to F.R. Civ. P.

5(b)(2(D),(E) or (F)),, a party to the removed action (other than the party who filed the Removal Notice) must file with the clerk the statement required under FRBP 9027(e)(3) and serve the statement upon all other parties to the removed action.

5) **Litigation Documents** – Pursuant to FRBP 9027(a)(1) and 9027(e)(2), and LBR 9027-1(d), subject to LBR 9027-1(d)(2)(B), no later than 30 days after the filing of the Removal Notice, the party who filed the Removal Notice must file with the clerk, all of the following items pertaining to the action being removed:

   a. A copy of the docket from the court where the removed litigation was pending; and

   b. A copy of every document reflected on the docket, whether the document was filed by a party or entered by the court. These copies must be provided in chronological order according to the date the document was filed.

6) **Joint Status Report** - Pursuant to LBR 7016-1(a)(2), no later than 14 days prior to the Status Conference, all parties to this adversary proceeding must participate in filing a joint status report (JSR) and deliver a judge's copy as required in the Court Manual. The JSR must be prepared according to the instructions set forth on the court's website at www.cacb.uscourts.gov.

###

Date: May 11, 2026

Scott C. Clarkson
United States Bankruptcy Judge

3

**NOTE TO USERS OF THIS FORM**:

**1)** Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.
**4**) **Category II.** below:  List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **ORDER SETTING STATUS CONFERENCE IN REMOVED ACTION PURSUANT TO LOCAL BANKRUPTCY RULE 9027-1** was entered on the date indicated as Entered on the first page of this judgment or order and will be served in the manner indicated below:

**I.  SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**  Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of May 11, 2026, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

- **Michael G D'Alba**    mgd@lnbyg.com
- **Kenneth Misken**    Kenneth.M.Misken@usdoj.gov
- **Joseph M Rothberg**    jmr@lnbyg.com, jmr.LNBYG@ecf.inforuptcy.com
- **United States Trustee (SA)**    ustpregion16.sa.ecf@usdoj.gov
- 

☐ Service information continued on attached page

**II.  SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by U.S. Mail to the following person(s) and/or entity(ies) at the address(es) indicated below:

Louis R. Miller
A. Sasha Frid
Jeffery B. White
MILLER BARONDESS, LLP
2121 Avenue of the Stars, Suite 2600
Los Angeles, California 90067

Steven Todd Gubner
BG LAW LLP
21650 Oxnard Street, Suite 500
Woodland Hills, CA 91367-4911

Dmitry Golubchik
Carmela T. Pagay
Joseph M. Rothberg
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK LLP
2818 La Cienega Avenue
Los Angeles, CA 90034-2618

☒ Service information continued on attached page

Sandra Estropia, Associate
Case Administration SIGNATURE RESOLUTION -Century City
2049 Century Park East, Suite 620
Los Angeles, CA 90067

Larry A. Rothstein
Larlaw, A Professional Law Corporation
2625 Townsgate Road, Suite 330
Westlake Village, CA 91361

Kenneth Misken
DOJ-UST
Office of the United States Trustee
411 West Fourth Street, Suite 7160
Santa Ana, CA  92701

**Andrew Stupin**
215 5th Street, Suite A
Huntington Beach, CA 92648

**Julie Stupin**
215 5th Street, Suite A
Huntington Beach, CA 92648

III.    **TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an  Entered stamp, the party lodging the judgment or order will serve a complete copy bearing an Entered stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

☐ Service information continued on attached page