Ira D. Kharasch (State Bar No. 109084)
Brooke E. Wilson (State Bar No. 354614)
Cia H. Mackle (*Admitted Pro Hac Vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: 310/277-6910
Facsimile:  310/201-0760
E-mail:  ikharasch@pszjlaw.com
       bwilson@pszjlaw.com
       cmackle@pszjlaw.com

[Proposed] Counsel to the Official Committee of Unsecured Creditors

FILED & ENTERED

JUL 01 2026

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte        DEPUTY CLERK

CHANGES MADE BY COURT

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SANTA ANA DIVISION**

| | |
|---|---|
| In re:<br><br>ANDREW STUPIN and JULIE STUPIN,<br><br>    Debtors and Debtors in Possession. | Case No.  8:26-bk-11202-SC<br><br>Chapter 11<br><br>Adv. Case No. 8:26-ap-01060-SC |
| ZIONS BANCORPORATION, N.A., dba CALIFORNIA BANK & TRUST,<br><br>    Plaintiff,<br><br>    vs.<br><br>ANDREW STUPIN, an individual; ANDREW STUPIN AND JULIE K. STUPIN, as trustees of The Stupin Family Trust dated April 3, 2009; GERALD J. MARCIL, an individual; GERALD J. MARCIL AND CAROL L. MARCIL, as trustees of The Marcil Family Trust dated May 9, 1997; DEBA SHYAM, an individual; and DOES 1-10, inclusive,<br><br>    Defendants. | **ORDER ON STIPULATION OF PLAINTIFF, DEBTORS, THE MARCIL PARTIES, AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS EXTENDING TIME FOR COMMITTEE TO RESPOND TO REMAND MOTION AND CONTINUING STATUS CONFERENCE TO 1:30 P.M. CALENDAR**<br><br>[Relates to Dkt. No. 22]<br><br>[No Hearing Required] |

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

4916-8736-7865.1 81994.00002

The Court, having reviewed and considered the Stipulation of Plaintiff, Debtors, the Marcil Parties, and the Official Committee of Unsecured Creditors Extending Time for Committee to Respond to Remand Motion (the "Stipulation") entered into by and among Zions Bancorporation, N.A., dba California Bank & Trust ("Plaintiff"), Andrew Stupin and Julie Stupin, debtors and debtors in possession (the "Debtors"), Gerald J. Marcil, an individual, and Gerald J. Marcil and Carol L. Marcil, as trustees of the Marcil Family Trust (the "Marcil Parties"), and the Official Committee of Unsecured Creditors (the "Committee"), and good cause appearing therefor:

**IT IS HEREBY ORDERED AS FOLLOWS**:

1.      The status conference is CONTINUED from 11:00 a.m. to 1:30 p.m. on July 15, 2026.

2.      The Committee shall have until and to July 9, 2026, at 4:00 p.m. (Pacific) to file with the Court and serve on the other parties' by email, its response, other comments and any other pleading related to the Remand Motion ("Committee Filing").

3.      Any party shall have until July 13, 2026, at 3:00 p.m. to file and serve by email its reply (if any) to the Committee Filing.

###

Date: July 1, 2026

Scott C. Clarkson
United States Bankruptcy Judge

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

4916-8736-7865.1 81994.00002

2